AO 451 (Rev. 12/12)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| Orix Re Holdings, LLC | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Michael Collier | ) |
| _Defendant_ | ) |

Civil Action No.  24-cv-11657

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on _(date)_ ____10/02/2024____ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: _1/8/2025_

_CLERK OF COURT_

_Signature of Clerk or Deputy Clerk_