# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIX RE HOLDINGS, LLC, a Texas limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL COLLIER, an individual,<br><br>    Defendant. | Case No. 8:25-cv-00401-DMG-KES<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS PURSUANT TO FED. R. CIV. P. 4.1(a)**<br><br><br>Clerk's Entry of Judgment:  10/2/2024<br><br>Registration of Judgment From Another District:  1/14/2025 |

[PROPOSED] ORDER GRANTING REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS

First Legal, a registered California process server, shall be specially appointed to serve any Writ of Execution and/or Alias Writ of Execution in this action pursuant to Fed. R. Civ. P. 4.1(a).  The United States Marshall shall remain the levying officer pursuant to Local Rule 64-2 and California Code of Civil Procedure § 699.080.

**IT IS SO ORDERED.**

DATED:  March 4, 2025

_____
United States Magistarate Judge

6549658.1

-2-

[PROPOSED] ORDER GRANTING REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS